

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

RICE DANIEL
ATTORNEY GENERAL

July 31, 1948

Hon. Hall H. Logan, Chairman
State Board of Control
Austin, Texas

Opinion No. V-644

Re: Construction of the ap-
propriation for establish-
ing the Weaver H. Baker
Memorial Tuberculosis
Sanatorium and the ap-
propriation for the support
and maintenance thereof for
the current fiscal year.

Dear Sir:

Your letter requesting an opinion of this office in part reads:

"There is hereby appropriated for the fiscal
year ending August 31, 1948, the sum of Five Hun-
dred Fifty Thousand ($550,000.00) Dollars for the
conversion and securing of title to Moore Field
near Mission, Texas, in accordance with Senate
Bill No. 147, Acts of Regular Session, 50th Legis-
lature, 1947, and establishing the Weaver H. Baker
Memorial Tuberculosis Sanatorium. In the event
Moore Field cannot be secured the Board of Con-
trol shall have authority to establish said Sanatorium
at such other place as the Board of Control may
direct. For the fiscal year ending August 31, 1949,
the unexpended balance of Five Hundred Fifty Thou-
sand ($550,000.00) Dollars is reappropriated for
conversion. (For the fiscal year ending August 31,
1948, there is appropriated the sum of Three Hun-
dred Ten Thousand ($310,000.00) Dollars to the
Weaver H. Baker Memorial Tuberculosis Sanatorium
for salaries, operation, support, maintenance, gener-
al improvements, repairs and contingent expenses.)
For the fiscal year ending August 31, 1949, there is
appropriated Six Hundred Thousand ($600,000.00)

Dollars for salaries, operation, support, maintenance, general improvements, repairs and contingent expenses. Upon the establishment of such hospital, patients shall be admitted thereto in accordance with the laws, rules and regulations applicable to the admission of patients to the State Tuberculosis Sanatorium at Carlsbad, Texas.

"Complying with the above quoted Legislative Act the Comptroller of Public Accounts credited the following appropriation accounts for the current year:

| No. | Description | Amount |
|---|---|---|
| K-696 | For the conversion and securing of Title to Moore Field near Mission, Texas, in accordance with S.B. 147, R.S. 50th Legislature, and establishing the Weaver H. Baker Memorial Tuberculosis Sanatorium. In the event Moore Field cannot be secured the Board of Control shall have authority to establish said Sanatorium at such other place as the Board of Control may direct. | $ 550,000.00 |
| K-697 | For Salaries, operation, support, maintenance, general improvements, repairs and contingent expense. | 310,000.00 |

"Title to the Moore Field Properties has been acquired by the State and this Board is now engaged in converting the acquired properties to a Tuberculosis Hospital. There are no patients at this institution and none are anticipated until conversion of the properties is completed.

"In accordance with instructions from this Board most of the expenses of this project have been paid from appropriation K-697 described above. However, the Comptroller of Public Accounts has questioned a number of these items (see attachments).

"In our opinion, appropriation K-696 is
available for any expenses connected with the
conversion of this property. Since all expenses
now being incurred are the direct result of the
program, to convert this war time army air
field to a State Tubercular Hospital; it would
appear that all invoices, and payrolls covering
these expenses might properly be charged to
appropriation K-696.

"We would appreciate your opinion."

The pertinent part of Senate Bill No. 147, Acts 50th Legislature, page 58, is Section 1, which reads:

"Section 1. The State Board of Control is
hereby authorized to negotiate for and to acquire
from the United States Government, or any agency
thereof, by gift, purchase, or lease-hold, for and
on behalf of the State of Texas, for use in the State
eleemosynary service, and in the establishment of
state tuberculosis Sanatoriums, any lands, buildings,
and facilities within the State of Texas, and any per-
sonal properties wherever located, and to take title
thereto for and in the name of the State of Texas."

In accordance with the authority conferred upon the Board by Senate Bill No. 147 and appropriation No. K-696, it secured for the State of Texas title to Moore Field and many buildings situated there-on, and is now engaged in doing those things which in its judgment are necessary to convert the premises into an established tuberculosis sanatorium. "There are no patients at this institution and none are anticipated until conversion of the properties is completed."

Your Board is of the opinion that any expense incurred by it in connection with the conversion of this property into a tuberculosis sanatorium is properly payable from appropriation No. K-696. You have submitted to the Comptroller, for his approval and payment out of appropriation No. K-696, several accounts for such items as kerosene, thriftane, groceries, vegetables, paper towels, rugs, chairs, tables, and other furniture, postage stamps, and a typewriter. The Comptroller refused to approve any of these accounts for payment from this appropriation because, in his opinion, such expenditures are only payable from appropriation No. K-697.

After a careful consideration of Senate Bill No. 147 and appropriations Nos. K-696 and K-697, we have concluded that the Legislature

intended for the Board, after it had acquired title to Moore Field, to do those things which in its judgment were necessary to put the Field and the buildings thereon in suitable condition for use and occupancy as a tuberculosis sanatorium, and to pay expenditures incurred for such purposes out of appropriation No. K-696. It is our further opinion that expenditures for furniture, equipment and supplies of every kind and character necessary to make any building suitable for use and occupancy for the purpose for which it was designed are properly payable from this appropriation.

You have informed us that all of the above mentioned expenditures have been in connection with the conversion and equipping of such installation for hospital purposes, including the groceries and vegetables being furnished carpenters and other employees now engaged in such work. Under these conditions the items may be paid from appropriation K-696.

## SUMMARY

Any expenditure made by the State Board of Control for the purpose of putting Moore Field in suitable condition for use and occupancy as a tuberculosis sanatorium may be paid from appropriation No. K-696 (Acts 50th Leg., p. 607).

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By Bruce W. Bryant
Bruce W. Bryant
Assistant

BWB:wb:vmb

APPROVED:

Price Daniel
ATTORNEY GENERAL